## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:09CV00553  SWW |
| FRANK WHITMORE, ET AL. | * | |
| | * | |
| Defendants | * | |

### ORDER

Before the Court is Plaintiff's motion requesting leave for out-of-state attorney Thomas P. Riley to appear *pro hac vice* as Plaintiff's counsel in this case.   The motion (docket entry #4) is GRANTED, and attorney Thomas P. Riley is admitted to the bar of this Court for the purpose of representing Plaintiff in this case.

Attorney Riley affirms that he has read, acknowledged, and agrees to observe and be bound by the local rules and orders of this Court, which, among other things,  require that he affirm to the jurisdiction of this court in matters of discipline.  *See* Local Rule 83.5(d). Accordingly, unless otherwise ordered, local counsel will not be required.

IT IS SO ORDERED THIS 14TH   DAY OF AUGUST, 2009

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE