# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN   DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC. | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 4:09CV00553   SWW |
| | * | LEAD CASE |
| FRANK WHITMORE, ET AL. | * | |
| Defendants | * | |

*consolidated with:*

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC. | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 4:09CV00904 SWW |
| | * | |
| FRANK WHITMORE, ET AL. | * | |
| Defendants | * | |
| | * | |

*and*

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 4:10CV1987  SWW |
| | * | |
| FRANK WHITMORE, ET AL. | * | |
| Defendants | * | |

## **ORDER OF DISMISSAL**

The parties in these matters having filed a notice of settlement in each case,

IT IS THEREFORE ORDERED that the all claims in these actions shall be, and they are hereby, dismissed with prejudice.

IT IS SO ORDERED this 8th  day of February 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE